# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID VILLEGAS (2),<br><br>　　　　Defendant. | Case No.  21CR1559-H<br><br>PRELIMINARY ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Indictment and Bill of Particulars in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of Defendant DAVID VILLEGAS (2), ("Defendant"), pursuant to 21 U.S.C. § 853(a)(1) and (a)(2) as property constituting, and derived from, any proceeds Defendant obtained directly or indirectly, as the result of the violation of 21 U.S.C. §§ 841(1)(1) and 846; and forfeiture pursuant to 18 U.S.C. § 982(a)(1) as property involved in the \ violation of 18 U.S.C. § 1956(h), as charged in the Indictment; and

WHEREAS, on or about September 24, 2021, Defendant pled guilty before U.S. Magistrate Judge Linda Lopez to Counts 1 and 2 of the Indictment, which pleas included consents to the forfeiture allegation of the Indictment, including forfeiture of the following:

　　　　(1)　　Suzuki GSX1300RAL9 Motorcycle with
　　　　　　　　VIN# JS1GX72B4K7101547;

|     |     |     |
| --- | --- | --- |
| 1   | (2) | 2015 Thor Motorcoach Outlaw motorhome with |
| 2   |     | VIN# 1F66F5DY8E0A12901; |
| 3   | (3) | $170,220.00 in U.S. Currency; and |
| 4   | (4) | Seven (7) Assorted Western Union Money Orders |
| 5   |     | valued at $5,973.00.00; and |

WHEREAS, on October 19, 2021 this Court accepted the guilty pleas of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement and the forfeiture addendum, the United States has established the requisite nexus between the forfeited properties and the offense; and

WHEREAS, by virtue of said guilty pleas, the United States is now entitled to possession of the above-referenced properties, pursuant to 21 U.S.C. § 853, 18 U.S.C. § 982, and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the properties which were found forfeitable by the Court; and

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty pleas of the Defendant, the United States is hereby authorized to take custody and control of the following assets, and all right, title and interest of Defendant DAVID VILLEGAS (2) in the following assets are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

(1) Suzuki GSX1300RAL9 Motorcycle with
   VIN# JS1GX72B4K7101547;

(2) 2015 Thor Motorcoach Outlaw motorhome with
   VIN# 1F66F5DY8E0A12901;

(3) $170,220.00 in U.S. Currency; and

//

1            (4)    Seven (7) Assorted Western Union Money Orders
2                  valued at $5,973.00.00.

3        2.    The aforementioned forfeited assets are to be held by the U.S. Marshals
4  Service in its secure custody and control.

5        3.    Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to
6  begin proceedings consistent with any statutory requirements pertaining to ancillary
7  hearings and rights of third parties.  The Court shall conduct ancillary proceedings as
8  the Court deems appropriate only upon the receipt of timely third-party petitions filed
9  with the Court and served upon the United States.  The Court may determine any
10 petition without the need for further hearings upon the receipt of the Government's
11 response to any petition.  The Court may enter an amended order without further notice
12 to the parties.

13       4.    Pursuant to the Attorney General's authority under Section 853(n)(1) of
14 Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the
15 Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions,
16 the United States forthwith shall publish for thirty (30) consecutive days on the
17 Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of
18 the United States' intent to dispose of the properties in such manner as the Attorney
19 General may direct, and notice that any person, other than the Defendant, having or
20 claiming a legal interest in the above-listed forfeited properties must file a petition with
21 the Court within thirty (30) days of the final publication of notice or of receipt of actual
22 notice, whichever is earlier.

23       5.    This notice shall state that the petition shall be for a hearing to adjudicate
24 the validity of the petitioner's alleged interest in the property, shall be signed by the
25 petitioner under penalty of perjury, and shall set forth the nature and extent of the
26 petitioner's right, title or interest in the forfeited property and any additional facts
27 supporting the petitioner's claim and the relief sought.
28 //

6. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the above-referenced assets, in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

IT IS SO ORDERED.

DATED: December 1, 2021

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE